Melinda Gabriella Valenzuela
1305 E. Butte Av
Florence AZ 85132

FILED LODGED
RECEIVED COPY
AUG 27 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

United States
District Court

CV-19-05045-PHX-DLR--MHB

Melinda Gabriella Valenzuela
vs.
Doctor Kendall Grey etal

Case #

Motion For leave To File Pursuant To Court order And Proof of Administrative Remedies exhausted and Proof of Medical Diagnosis Trigeminal neuralgia

Comes now Plaintiff and request for The Court for leave To File; secondly

She certifies that the claims she wishes to Present are new claims as to The Defendants never before raised and Disposed of on The merits by any federal court

Thirdly;

The Plaintiff has been harmed by the fact she was told By her specialist that Corizon Doctor Kendall Grey and Dentists in lewis committed malpractice and misdiagnosed her and are Deliberately not treating the trigeminal neuralgia knowing That the tooth extraction DID not cause

The injury.
Plaintiff has had test Done to Rule out that #31 tooth caused The injury to her. Her oral specialist AND Two Doctors said It is meDical related not #31 tooth. Dr Grey knows This yet lied to Plaintiff and has not properly treated her. In fact DR Cadele, NP Burns, DR Stewart have not placed her Back on her Gabapentin 800mg which she was on til she came to Florence, This has caused her conDition To get even worse.

Wherefore Plaintiff having complied with the Courts order asks The Honorable Douglas Rayes To grant said motion and to allow the case To Proceed To include SenDing The Service papers to have The suit served.

Respectfully

[signature]

Attorney for Plaintiff

The original & I mailed This 22 Day of Aug 2019 To

Clerk of Court
401. W. Washington
Phoenix AZ 85003

By: [signature]

Attorney in Case.

# ExhiBit

# #1

# PRoof of Exhaustion of ADminastrative RemeDies

# A01-095-019

**Arizona Department of Corrections Florence Complex Health Services**

# GRIEVANCE RESPONSE

**DATE: June 10, 2019**
**INMATE NAME: Valenzuela, Melinda**
**ADC # and UNIT: 172770 Kasson**
**GRIEVANCE NUMBER: A02-095-019**
**ASPC FLORENCE FROM: Trina Randall, Assistant Facility Health Administrator**

This letter is in response to the Formal Grievance dated 6/10/2019 and received by Corizon Medical Administration on 6/10/2019.

Summarization of inmate Complaint:
Patient is requesting pain medication.

Description of action taken to investigate the complaint:
Review the patient medical record,
Review grievance information

Summary of Findings:
You were reviewed by the onsite provider, who consulted with the Regional Medical Director. It was determined you no longer needed to be prescribed gabapentin. The decision to order any medication is a clinical decision based on the practitioner's medical judgement. This is not an administrative decision based on the dictates of the patient. If you feel you are still having issues, please submit an HNR requesting to be seen for the issue.

Decision:
Inmate Valenzuela,
Currently, you are receiving treatment for your medical issues. At this time, if you have any further follow up issues specific to this grievance, please follow up with an inmate letter to the ADON of your unit. At this time I find this matter RESOLVED and closed

***Per Policy 802.05 1.2: The decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department. In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department.**

Thank you

T Randall

Trina Randall
Assistant Facility Health Administrator

6/10/19
Date

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | |
|---|---|
| CO III Behrend | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 10039 | 05/29/2019 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Valenzuela Melinda G | 172770 | 5/27/19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| A.S.P.C. Florence Kasson | A01-095-019 |

TO: GRIEVANCE COORDINATOR

Description of Grievance *(To be completed by the Inmate)*

ON 5-17-19 I became aware That Corizon Dr Gray and Dentist in lewis Committed malpractice and misDiagnosed me. upon review of records and consulting Counsel, it is Brought to my Attention that (Dr Hansen) a Board Certified oral surgeon has said there is no way that tooth #31 could cause The Damage to my face on the (R) Side Due to the xray He Took and where the roots of the tooth were and where the Paresthesia starts it is caused by a lesion on the base of my Brain. my Doctor sent me the oral Surgeon records from his office and He Clearly says in Both reports Tooth #31 Didn't cause The Damage so They not only misDiagnosed me they now are not treating me like I was Being Treated. The conDition is not treated by NP Burns At All. They committed malpractice & negligence AND They know They have.

Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

I've gone Through Zonisimide & Triplets[?] by mental health but in 2018 the Regional mepical Director Approved and Told NP Johnson To order my Gabapentin 800mg which it Is the best meD used To Treat my Paresthesia. N.P Burns Since I have come here has yet to reorder any of the meds I was on in lewis she has caused me severe Pain and issues

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 5/27/19 | [signature] | 06/08/19 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| RECEIVED BY | |
|---|---|
| CO III Be[illegible] | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| [illegible] | 05/21/2019 |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [illegible] | [illegible] | 5/[illegible]/19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| [illegible] | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

05/17/19 [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | [illegible]/[illegible]/19 | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

Need copy

ARIZONA DEPARTMENT OF CORRECTIONS

CORRECTIONS ADC

**Inmate Grievance – GF Supplement**

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Valenzuela Melinda G | 172770 | A.S.P.C. Florence | |

with my (R) side of my face and NP Burns has not addressed that issue or any issues at all. She is only here (one) day a week. That is ridiculous. I have legitimate concerns her & Dr. Andre put off that I now don't feel safe or comfortable seeing either one.

The D.O.N is to answer the informal I get a Adon did and she didn't even answer the informal or put a proper answer. Adon did she put a copy of the informal with her response or 7 days as the form is to do.

Florence medical clearly is trying to cause my intentional and deliberate pain & suffering.

As my resolution:

1. I am asking to speak to Regional medical Director Dr. Ladele as he is allowing his staff to commit negligence and malpractice and get away with it and I was told I had one condition only to find out by a specialist I really don't have it something else is wrong.
2. I ask Dr. Ladele be contacted to verify that he did approve my 800 gabapentin twice a day and if so I ask that NP Burns be told to order it as I've been told she doesn't like to order this for any one.
3. I also ask to see a neurologist as the specialist has recommended and Corizon has tried to cover up.
4. I ask for $2 million in damages due to their negligence and malpractice.

I will pursue this issue all the way and I will file suit over it as well because NP Burns / Dr. Stewart are not treating it & I'm not getting what Dr. Ladele approved. I am providing documents to support this as well.

SIGNATURE [signature]

DATE (mm/dd/yyyy) 5/27/19

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator; Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate; Canary or Copy – Grievance File

802-7
12/12/13



LB-3

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Valenzuela, M | 172770 |

| INSTITUTION/ UNIT |
|---|
| ASPC F East |

| FROM | LOCATION |
|---|---|
| ADON Todd | Florence Health Services Administration |

This is in response to your Inmate Informal Complaint received on 05/22/2019, and reviewed on 05/24/2019. Your primary area of concern is regarding: misdiagnosis

Your concern has been researched including a review of your Medical Records. I am providing you with the following response: A provider line appointment has been scheduled for this issue. Please address your concern with the provider.

If you have any additional questions, please do not hesitate to contact medical via HNR. Thank you for your time. End of response.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| ADON J. Todd JTodd | 05/24/2019 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Valenzuela Melendez | 172770 | BMU 1B3 A.S.P.C. Florence Kasson | 5/17/19 |

| TO | LOCATION |
|---|---|
| CO III Norm | Wing 1 CO III office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 5-17-19 I became aware That Corizon Dr Gray and Dentist in lewis committed mal Practice and misDiagnosed me. upon review of Records and consulting counsel it is Brought to my Attention that Dr. Hansen A Board certified oral surgeon has said There is no way that tooth #31 could cause The Damage To my face on the (R) Side Due to the xRay He took AND where The roots of The tooth are and where the Paresthesia Starts. It is cause by a lesion on the base of my brain. My Doctor sent me The oral surgeon records from his office AND He clearly says in Both Reports Tooth 31 Didn't cause the Damage. So They misDiagnose me AND they are not treating the Actual condition At All.
They committed malPractice and negligence And know they have.

As my Resolution:
I Am Asking To Speak To The corporate Director above Dr Calderon AS He IS Allowing His Staff to commit malpractice AND get Away with it AND I was told I had one condition only to find out I Don't really have This condition.
I Also Ask to see a Neurologist As the specialist recommended AND I Also Ask for 2 million in Damages and Due To Their malPractice

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 5/17/19 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: medical Staff

CO III Norm Belle
emailed 5/22/2019

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Valenzuela Melendez | 172770 | A.S.P.C. Florence [illegible] | 5/17/19 |

| TO | LOCATION |
|---|---|
| CO III Norm | Wing 110 III office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 5-17-19 I became aware That Corizon Dr Gray and Dentist [illegible] committed malpractice and misdiagnosed me. upon review of records and consulting counsel it is brought to my attention that Dr. Hausen a Board certified oral surgeon has said There is no way that tooth #31 could cause The Damage To my face on the (R) side Due to the xray He took and where The roots of The tooth are and where The Parathesia starts. It is cause by a lesion on the base of my brain. my Doctor sent me The oral surgeon records from his office and He clearly says in Both Reports Tooth 31 Didn't cause the Damage. So They misDiagnose me and They are not treating the Actual condition at all. They committed malPractice and negligence and know they has.

As my Resolution:
I am Asking To speak To The corporate Director above Dr [illegible] as He is allowing his staff to commit the malpractice and get away with it and I was told [illegible] condition only to find out I Don't really have This condition.
I also ask to see a Neurologist as the specialist recommended and I also ask for 2 million in Damages and Due To Their malPractice

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 5/17/19 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: medical staff

CO III [illegible] Emailed 5/17/[illegible]

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

Need Copy

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement

1A-28

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Valenzuela Melinda G | 172770 | A.S.P.C Florence | |

with my (R) Side of my face AND NP Burns has not ADDressed This issue or any issues at all. She is only here (one) Day a week. That is Ridiculous. I have legitiment concerns her & RN Andre put off that I now Don't feel safe or comfortable seeing either one.

The D.O.N is To Answer The Informal I get A ADON D.S AND She DiDn't ever Answer the Informal or put A proper Answer nor DoD she put a copy of The Informal with her response I'm saying The form to Do.

Florence mEDical clearly is trying To cause my intentional AND Deliberate pain & suffering.

AS my resolution:

(1) I Am Asking To Speak to Regional mEDical Director Dr. ladele AS He is Allowing his staff To commit negligence AND malpractice And get Away with it AND I was tolD I had one conDition only to find out By a specialist I really Don't have it Something else is wrong.

(2) I Ask Dr ladele Be contacted To verify That he DiD Approve my 800 gabapentin twice a Day AND if so I Ask that NP Burns be tolD to order it as I've been tolD she Doesn't like to order this for Any one.

(3) I Also Ask To see a neurologist as The specialist has recommended and Corizon has tried To cover up.

(4) I Ask for $2 million in Damages and Due To their negligence AND malpractice.

I will pursue This issue all The way AND I will File Suit over it AS well because NP Burns / Dr Stewart are not treating it I'm not getting what Dr ladele Approved. I Am providing Documents To Support this as well

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 5/27/19 |

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Valenzuela, Melinda, G. | 172770 |
| Institution/Unit ASPC/F/Kasson 1B-21 | |

| From | Location |
|---|---|
| CO III Norman Behrend | ASPC/F/Kasson BMU |

I am in receipt of your Informal dated 07/19/2019. in regards to your Discipline History, LOP.

07/05/19 19-A48-0212 OBSTRUCTING STA GUILTY-MAJ.V
06/21/19 19-A48-0183 SEXUAL CONTACT GUILTY-MAJ.V
06/25/19 19-A48-0213 HARASSMENT GUILTY-MIN.V
07/05/19 19-A48-0219 FALSE REPORTING GUILTY-MAJ.V

You are currently in Loss of Priveledge Status to include your appliances until August 20th, 2019 due to your own behavior and non compliance on your part.

What ever settlement you are writing about doesn't override your Behavior or Discipline issues you are having.

| Staff Signature | Date |
|---|---|
| Norman Behrend | 7/24/2019 |

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Valenzuela Melendez | 172770 | A.S.P.C.-F-Kasson | 7/14/19 |

| TO | LOCATION |
|---|---|
| COIII Norm | Wing / COIII office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 7-15-19 I ADvised the Dept & ADW Evans that He is in violation of my Settlement with The State cause The Settlement Agreement specifically says They can not Take my TV as I settled my lawsuit and That was one of The things given to me They can't Just Break The agreement cause they Don't like me or I file PREA and They want to retaliate Against me which is what they Do Daily. I therefore Am filing This cause I Am not gonna let ADW Evans Dictate when He wants To follow my settlement agreement. I will AND have Also informed The Court and counsel so we can reDraft The settlement so ADW Evans & the Dept can not violate Just cause They want To.

As my Resolution:
Per my settlement I Am to have a TV, CL2 CS, coax cable, 2 extension cords AND secure packs. IF Evans Doesn't like me fine But He will not Just retaliate Just cause He Doesn't like me.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 7/14/19 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: ADmin @ Kasson

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Valenzuela Melinda G | 172770 | A.S.P.C. Eyman-Kasson | 7/19/19 |

| TO | LOCATION |
|---|---|
| COTT Norm | Wing / COTT office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 7-15-19 I Advised the Dept & ADW Evans that He is in violation of my Settlement with The State cause The Settlement Agreement specifically says They can not Take my TV as I settled my lawsuit and That was one of The things given to me They can't Just Break The agreement cause they Don't like me or I File PREA and They want to Retaliate Against me which is what they Do Daily. I therefore Am filing This cause I Am not gonna let ADW Evans Dictate when He wants To follow my Settlement agreement. I will AND have Also informed The Court and Counsel so we can ReDraft The Settlement so ADW Evans + the Dept can not violate Just cause They want To.

As my Resolution.

Per my settlement I Am to have a TV, CL 20'S, Coax cable, 2 extension cords AND Secure packs. If Evans Doesn't like me fine But He will not Just Retaliate Just cause He Doesn't like me.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 7/19/19 |

Have you discussed this with institution staff? ☒ Yes. ☐ No

If yes, give the staff member name: ADW @ Kasson

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Valenzuela, Richardo [illegible] | 172770 | A.S.P.C. Florence | 7/19/19 |

| TO | LOCATION |
|---|---|
| Cunningham | Warden Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 7-15-19 I informed the Dept. of Dw Evans that he is in violation of my settlement with the State cause the settlement [illegible] specifically says they can not [illegible] to me [illegible] my lawsuit and that was one of the things given to me. They can't just break the agreement cause they don't like me on [illegible] and they want to retaliate against me which is what they do daily. I therefore am filing this [illegible] I am not gonna let Dw Evans dictate when he wants to follow my settlement agreement. I will and have also informed the court and [illegible] so [illegible] the settlement so Dw Evans and the Dept [illegible] just [illegible] they want to.

As my resolution:

[illegible]

INMATE SIGNATURE: [signature]

DATE (mm/dd/yyyy): 7/19/19

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Dw Evans [illegible]

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

Exhibit

#2

Proof of

Diagnosis of

Trigeminal Neuralgia

CHSS041A

## Health Problems/Conditions

Show Active Problems/Conditions Only: ☑

Health Problems/Conditions (1 - 40 of 40)

| ID Number | Category | Type | Diagnosis Code | National HIE Code(s) | Status | Status Date |
|---|---|---|---|---|---|---|
| 002 | Chronic Conditions | Asthma | | | Assessed | 02/21/2012 |
| 008 | Other Diagnosis | Other Diagnosis | TMJ disorders NOS [524.60] | | Assessed | 12/19/2014 |
| 009 | Other Diagnosis | Nonsp rea skn test wo tb | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | | Assessed | 01/01/2001 |
| | | | | | | |
| 011 | Mental Health | Mental Health | Episodic mood disord NOS [296.90] | | Former | 04/28/2017 |
| 012 | Mental Health | Mental Health | Factitious ill NEC/NOS [300.19] | | Former | 04/28/2017 |
| 017 | Mental Health | Mental Health | Borderline personality [301.83] | | Former | 04/28/2017 |
| 019 | Other Diagnosis | Other Diagnosis | Dental caries - dentine [521.02] | | Assessed | 08/12/2015 |
| 021 | Chronic Conditions | Asthma | Mild intermittent asthma, uncomplicated [J45.20] | | Assessed | 10/28/2015 |
| 022 | Other Diagnosis | Other Diagnosis | Headache [R51] | | Assessed | 10/28/2015 |
| 023 | Chronic Conditions | Asthma | Unspecified asthma, uncomplicated [J45.909] | | Assessed | 10/01/2015 |
| 024 | Other Diagnosis | Other Diagnosis | Seborrheic dermatitis, unspecified [L21.9] | | Assessed | 10/01/2015 |
| 026 | Mental Health | Mental Health | Unspecified mood [affective] disorder [F39] | | Assessed | 11/08/2015 |
| 027 | Mental Health | Mental Health | Borderline personality disorder [F60.3] | SNOMED: 20010003 - Borderline personality disorder (disorder) | Former | 04/28/2017 |
| 028 | Other Diagnosis | Other Diagnosis | Foreign body of alimentary tract, part unspecified, subsequent encounter [T18.9XXD] | SNOMED: 14448006 - Swallowed foreign body (disorder) | Assessed | 05/31/2016 |
| 029 | Other Diagnosis | Other Diagnosis | Low back pain [M54.5] | SNOMED: 279039007 - Low back pain (finding) | Assessed | 06/13/2016 |
| 030 | Other Diagnosis | Other Diagnosis | Constipation, unspecified [K59.00] | SNOMED: 14760008 - Constipation (disorder) | Assessed | 07/29/2016 |
| 031 | Other Diagnosis | Other Diagnosis | Heartburn [R12] | SNOMED: 16331000 - Heartburn (finding) | Assessed | 09/07/2016 |
| 033 | Other Diagnosis | Other Diagnosis | Trigeminal neuralgia [G50.0] | SNOMED: 230538005 - Secondary trigeminal neuralgia (disorder) | Assessed | 12/14/2016 |
| 034 | Chronic Conditions | Hypertension | Essential (primary) hypertension [I10] | SNOMED: 59621000 - 59621000 | Assessed | 03/31/2017 |
| 035 | Mental Health | Mental Health | Gender dysphoria in adolescents and adults [F64.1] | SNOMED: 93461009 - 93461009 | Assessed | 04/11/2017 |
| 036 | Other Diagnosis | Other Diagnosis | Dyshidrosis [pompholyx] [L30.1] | SNOMED: 275889007 - On examination - pompholyx (disorder) | Assessed | 04/21/2017 |
| 037 | Other Diagnosis | Other Diagnosis | Pain in right wrist [M25.531] | SNOMED: 56608008 - Pain in wrist (finding) | Assessed | 04/21/2017 |
| 038 | Other Diagnosis | Other Diagnosis | Slow transit constipation [K59.01] | SNOMED: 35298007 - Slow transit constipation (disorder) | Assessed | 08/22/2017 |
| 039 | Other Diagnosis | Other Diagnosis | Tinea pedis [B35.3] | SNOMED: 6020002 - Tinea pedis (disorder) | Assessed | 10/18/2017 |
| 040 | Other Diagnosis | Other Diagnosis | Pulpitis [K04.0] | SNOMED: 109599007 - Reversible pulpitis (disorder) | Assessed | 11/29/2017 |
| 041 | Other Diagnosis | Other Diagnosis | Encounter for general adult medical examination without abnormal findings [Z00.00] | SNOMED: 268565007 - Adult health examination (procedure) | Assessed | 01/14/2018 |
| 042 | Allergies - Other than Medications | gluten allergy | | | Assessed | 02/05/2018 |
| 043 | Other Diagnosis | Other Diagnosis | Unspecified disorder of nose and nasal sinuses [J34.9] | SNOMED: 232340005 - Disorder of nasal cavity (disorder) | Assessed | 02/13/2018 |
| 044 | Allergies - Other than Medications | GLUTEN | | | Assessed | 03/08/2018 |
| | | | | | | |
| 046 | Other Diagnosis | Other Diagnosis | Neuromuscular dysfunction of bladder, unspecified [N31.9] | SNOMED: 397732007 - Neurogenic dysfunction of the urinary bladder (finding) | Assessed | 06/03/2018 |
| 047 | Other Diagnosis | Other Diagnosis | Breakdown (mechanical) of other urinary devices and implants, initial encounter [T83.118A] | SNOMED: 473183006 - Obstruction of suprapubic catheter (disorder) | Assessed | 06/03/2018 |
| 048 | Other Diagnosis | Other Diagnosis | Anemia, unspecified [D64.9] | SNOMED: 271737000 - Anemia (disorder) | Assessed | 08/17/2018 |
| 049 | Other Diagnosis | Other Diagnosis | Laceration without foreign body of lip, initial encounter [S01.511A] | SNOMED: 262628006 - Laceration of intraoral surface of lip (disorder) | Assessed | 09/05/2018 |
| 050 | Other Diagnosis | Other Diagnosis | Temporomandibular joint disorder, unspecified [M26.60] | SNOMED: 41888000 - Temporomandibular joint disorder (disorder) | Assessed | 09/05/2018 |
| 051 | Other Diagnosis | Other Diagnosis | Abrasion of unspecified eyelid and periocular area, initial encounter [S00.219A] | SNOMED: 110165004 - Abrasion of periorbital region of face (disorder) | Assessed | 11/12/2018 |
| 052 | Other Diagnosis | Other Diagnosis | Assault by unspecified means [Y09] | SNOMED: 52684005 - Assault (event) | Assessed | 11/12/2018 |
| 053 | Other Diagnosis | Other Diagnosis | Contusion of lower back and pelvis, initial encounter [S30.0XXA] | SNOMED: 283137007 - Contusion of pelvic region (disorder) | Assessed | 11/12/2018 |
| 054 | Other Diagnosis | Other Diagnosis | Strain of muscle, fascia and tendon at neck level, initial encounter [S16.1XXA] | SNOMED: 360437006 - Strain of tendon of neck (disorder) | Assessed | 11/12/2018 |

Print this Screen