Melinda Gabriella Valenzuela
**Name and Prisoner/Booking Number**

Central Kasson
**Place of Confinement**

1305 E. Butte Ave
**Mailing Address**

Florence AZ 85132
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓ LODGED
___ RECEIVED ___ COPY

MAR 17 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Melinda Gabriella Valenzuela
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Doctor Kendall Grey,
(Full Name of Defendant)

(2) Doctor Rodney Stewart,

(3) Doctor Amanda Canal,

(4) Doctor Carlos Weekley,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:19cv-05045-mtl
(To be supplied by the Clerk)

(Jury Trial Demanded)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

(Imminent Danger)

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: A.S.P.C. F-Central Kasson

Revised 3/11/16           1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Kendall Grey__. The first Defendant is employed as: __Dental Director / Doctor__ (Position and Title) at __Centurion__ (Institution).

2. Name of second Defendant: __Rodney Stewart__. The second Defendant is employed as: __Medical Director / Doctor__ (Position and Title) at __Centurion - Eyman__ (Institution).

3. Name of third Defendant: __Amanda Carroll__. The third Defendant is employed as: __Dentist / Doctor__ (Position and Title) at __Centurion - Florence__ (Institution).

4. Name of fourth Defendant: __Carlos Weekly__. The fourth Defendant is employed as: __Dental Manager__ (Position and Title) at __Centurion Florence__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __more than 3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Defendants Carrol & Weekly have Denied Care for her Trigeminal neuralgia which they know she has yet they ignore her issues

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From 5-17-19 to Presently the Day of filing this. Doctor Carrol, Weekly have Denied Care for her CN V1-V2 V-3 injury that caused her to have total parathesia to her Right side of her face. She was placed on Gabapentin 800 mg and exit b/4 April 30th after she came to Lassen unit. Doctor Carrol, Doctor Sorey, Doctor Weekly are aware that she needs this to treat her Trigeminal neuralgia and she has personally been seen by Dr. Carrol, Weekly, Gray, Stewart for these issues. She made these Doctors aware of her condition in April 2019 and Dr Stewart stopped her meds & No one has yet reordered them. She has extremely severe pains to her head like needles stabbing her and can only be treated by Gabapentin 800mg which she was placed on. These providers stopped the meds and have not ordered her anything for her pain management for her condition

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Problems c/ bleeding pores to (R) side of her face, numbness to her entire (R) side forehead and (R) side of face, jaw, and injury to her V1, V2, V3, emotional, mental Anguish

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Defendants, CIC, Orey, Carroll, Weekly, Stewart knew that she needed to be treated with proper pain medications to be currently on nothing to do this they know she requires this but they don't care

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

From April 2019 to Presently Day of Cross City Plaintiff has been denied the proper treatment that she has been on for years Due to her Trigeminal neuralgia and approved by Doctor Babich, Cadeca. and is medically necessary to treat her condition. DR Carroll, Stewart, Orey, Weekly have Denied her Treatment and care for her condition. She has been on no treatment since April 2019. She had been on the treatment for years til she got here to Florence til this Day she is not being treated for her condition and she needs the stuff to treat her condition & she is deliberately being denied it. It actually helped her condition when she had it and to come to Florence & all her meds Stop is outrageous & not right. She personally saw Dr Orey, Stewart, Carroll and Weekly and asked them to place her on her Gabapentin and to treat her Trigeminal neuralgia. They all refused and Denied her care. They know her having a lesion on her brain she could die at anytime Due to this this is an Emergency

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Problems c Binding pain L (R) side of face, numbness to entire face (R) side facial, (R) side lip, (R) eyes, Jaw, & Injury to U1, U2, U3, emotional & mental Anguish

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Defendant Ezu, weekly, Carrol, Grey have gone against the Recommendation of her oral Surgeon knowing she needs consults but have Denied her.

2. Count III. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   From April 2019 to Present Day of filing. Dr Ezu, Carroll, Grey, Weekly have not complied with the recommendations & orders of the oral Surgeon they sent me to who said I needed to see another Doctor Due to my jaw issue and I may need to have surgery by the Doctor. He actually specializes in my condition. Dr Ezu, Dr Weekly, Dr Carroll, have refused to Do the consult to the specialist and they know she needs that consult & possibly surgery on her face but they Deliberately ignore her and Do Nothing. This is an emergency as she has a lesion on the back of her head & that could kill her at any time.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Total numbness to the (R) side of her face & Blinding pain on the (R) side of her face & injury to her U1, U2, U3, emotional & mental anguish

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

E. **REQUEST FOR RELIEF**

State the relief you are seeking:
Plantiff Pray as Follows
(1) Jury trial Demanded
(2) Compensation in amount of $10 million
(3) Medical compensation in amount of $10 million
(4) Attorney fees
(5) Settlement Conference / Protective order / Injunction
(6) Any further relief the Court / Jury deems just & proper

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/27/20
DATE

_____
SIGNATURE OF PLAINTIFF

Melinda Gabriella Valenzuela
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

1305 E. Butte Ave Florence AZ 85132
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6